UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO CASTRO FELIX (A-084-689-011,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | No. 1:26-cv-4405 DC CSK<br><br>ORDER |

Petitioner, who proceeds pro se, requested an extension of time to file an opposition to the pending motion to dismiss. (ECF No. 7.) On July 2, 2026, petitioner filed a second motion for extension of time. (ECF No. 8.) In both motions, petitioner claims he did not receive a copy of respondent's motion to dismiss, including its seven exhibits. However, on July 13, 2026, petitioner filed a document styled, "Petitioner's Reply to Response to Verified Petition for Writ of Habeas Corpus," and states therein that he submits the reply to the respondent's response. (ECF No. 11.) Therefore, the Court construes petitioner's filing as an opposition to the motion to dismiss, and denies the motions for extension of time as moot. The Court deems petitioner's opposition timely filed.

On July 10, 2026, petitioner filed a motion for appointment of counsel. (ECF No. 10.) This Court will defer ruling on petitioner's request for appointment of counsel until after

reviewing respondents' response to the petition.

Accordingly, IT IS HEREBY ORDERED that petitioner's motions for extensions of time (ECF Nos. 7, 8) are denied as moot, and the Court deems timely petitioner's July 13, 2026 "reply," construed as his opposition to the pending motion to dismiss.

Dated: July 14, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cast4405.111