UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO CASTRO FELIX (A-084-689-011),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITYDETENTION CENTER.,<br>Respondent. | No. 1:26-cv-4405 DC CSK<br><br>ORDER |

Petitioner Luis Alberto Castro Felix (A-084-689-011), a citizen and native of Mexico who filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] On July 31, 2026, this Court issued findings and recommendations recommending that respondent's motion to dismiss be granted. (ECF No. 13.) On August 14, 2026, counsel appeared on behalf of petitioner, and filed a notice of voluntary dismissal, asking the Court to dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i). (ECF No. 16.) That same day, respondent filed an opposition to the voluntary dismissal, noting that because the case was fully briefed and the Court had issued findings and recommendations, the Court should issue a final decision on the merits to preclude petitioner from forum shopping by dismissing the instant petition and

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(17).

subsequently filing a successive petition after learning this Court recommended denying the petition. (ECF No. 17.)

Petitioner has also requested an extension of time to file objections to the pending findings and recommendations. (ECF No. 18.)

Given respondent's opposition, the findings and recommendations will be held in abeyance pending further briefing on petitioner's request for voluntary dismissal. Within seven days of the date of this order, petitioner shall file a response to respondent's opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days of the date of this order, petitioner shall file a response to respondent's opposition to the voluntary dismissal.

2. Petitioner's request for an extension (ECF No. 18) is GRANTED. To the extent the findings and recommendations remain pending following resolution of petitioner's notice of voluntary dismissal, the deadline to file objections to the findings and recommendations will be extended and must be filed within two (2) court days after entry of the Court's order resolving the parties' dispute concerning petitioner's notice of voluntary dismissal.

Dated: August 17, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cast4405.imm.2241.fb